

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREW H. WARNSTEDT<br>    BOP# 12604-014 | DOCKET NO. 09-CV-1472; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| MIKE CRITTLE, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** Petitioner's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b), **except for Plaintiff's Eighth Amendment claim against Mike Crittle.**

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, this 23rd day of March, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE