RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/22/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREW H. WARNSTEDT<br>BOP# 12604-014 | DOCKET NO.09-cv-1472;SEC. P |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| MIKE CRITTLE, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Crittle's motion for summary judgment be GRANTED.

IT IS FURTHER ORDERED Warnstedt's claims against Crittle be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 21st day of July, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE